## DANIEL C. MACLEAN ET AL. *v.* TOWN OF DARIEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 43 Conn. App. 169 (AC 13356), is denied.

*Ridgely W. Brown,* in support of the petition.

*Randolph T. Lovallo,* in opposition.

Decided November 20, 1996

## STATE OF CONNECTICUT *v.* MICHAEL PIORKOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 209 (AC 13537), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under article first, § 8, of the Connecticut constitution, the defendant's waiver of counsel regarding his October 22, 1992 statement was not rendered invalid by the fact that the waiver was made without the presence of counsel?"

The Supreme Court docket number is SC 15572.

*Elizabeth M. Inkster,* assistant public defender, and *Joseph G. Bruckmann,* public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided November 20, 1996